Dear Judge Boasberg,

      I want to start my letter to tell you how deeply ashamed I am of myself. I wish I had never gone to the Capitol on January 6th. I hate violence of all forms. I have been a lifelong advocate of non-violence and peaceful protest. I was known for that in my community, now people will connect me in with the others who did awful, violent things on that day. They may assume that I support them and that make me sad and embarrassed, because I have never supported anything like that in my whole life. But I take responsibility for my bad choices.

      I have tried to find things to be grateful for out of this whole experience and I want to tell you about how I was treated when I was arrested. I want to thank FBI Agent Madison, her partner, and team for the way that they conducted themselves during the arrest at my home. They were all respectful and mindful. They didn't knock down my door or ransack my house and they let my children go to school before arriving at my home. Due to my Strokes and Multiple Sclerosis, I kind of "froze", meaning my body got stiff, and they treated me good. I would also like to thank the US Marshal that processed me at the Providence Federal Court House. He made the process less stressful.

      I have tried to use this experience to teach my kids to make better decisions and think before acting. I have tried very hard to raise respectful and decent humans. After I was arrested, my daughter asked what I would do if I had to do it over. I told her I would not. Stick up for your beliefs, but never break the law or cause any harm to others. My son was bullied at school because of what I did and that just breaks my heart. I want to show them the right way going forward and show the Court that I am more than the terrible mistake I made on that day.

Thank you for reading this.

Sincerely,
Bill Cotton