Dear Judge Boasberg-

My name is Rebecca Labrecque, I am a school bus driver for Tiverton, RI. My run is for behavioral and special needs children attending The Bradley School in Portsmouth, RI. I have been there for 10 years.

I have known Bill Cotton for close to 40 years. I am aware of the crimes he is being charged with and I would like to just put in a statement of character for him.

I called him that night when I saw everything on the news. These charges have significantly impacted his life and his families. I know the stress of all this has been taking a toll on him and his body. Then I found out he suffered a stroke last year. I know he usually tries not to get stressed because it makes the MS worse. But the stress of all the legal actions against him and the fear of not seeing his family for any amount of time just piled up. He is a devoted husband and an amazing dad. He would never intentionally do anything to jeopardize this.

Growing up Bill wasn't interested in politics at all. This all changed when he realized medical marijuana could help so many people with MS ( like he suffers with) but other terminal diseases as well. He got very involved in politics and dedicated his time to helping anyone he came across with a terminal disease. He opened up a business and continued to help people. He was involved in his children's schools. He has always been a great friend and support system for me. Especially when I went through breast cancer in 2021. He was

honestly trying to do everything legal and the morally. He is a genuine loving person. He would never knowingly choose to break any laws or get tied up in a violent situation.  It's my opinion that he went to the Capital that day for the Trump Rally. I believe he just followed everyone into the capital building without ever giving it a second thought. Which turned out to be a mistake he has regretted ever since that day. So I ask that you please take this into consideration.

Thank you!
Rebecca Labrecque

To whom it may concern:

  My name is Steve Simmons, and I have known Bill Cotton as a very good friend for over 10 years. His son is my son's best friend.  I know that he was in the capital building on January 6, but I want you to know that he is one of the kindest most caring human beings that I know. My wife and I have both been stricken with cancer over the past eight years, and he has always been there to help us during the worst of times. He is an excellent role model for his kids, other than this mistake, my whole family adores him, and I truly hope that you consider this during his sentencing. I plan to continue being there for him as a friend and hopefully guide future decision making. Thank you so much for your consideration.

Sincerely,
Steve Simmons